■ OSAWA & COMPANY (USA), INC. v. RELIABLE PHOTO PRODUCTS CORP. — Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 11, 1959, with notice of argument for the September 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. THOMAS PANARIELLO.— Motion to dismiss appeal granted. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.

■ PENN-TEXAS CORPORATION v. MURAT ANSTALT et al.— Motion granted to the extent of continuing the stay contained in the order to show cause, dated March 4, 1959, pending the hearing and determination of the appeal, upon condition that the appeal is argued or submitted when reached on March 31, 1959. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.

■ ERIC EWESON v. JOSEPH W. FRAZER.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.

■ GWENDOLYN A. CHASE, as Administratrix of the Estate of VERNON CHASE, Deceased v. MT. MORRIS PARK HOSPITAL.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 11, 1959, with notice of argument for the September 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.

■ In the Matter of HELEN ORKIN, Deceased. LEO INSEL et al., as Executors; JEANETTE SCHEIER et al., as General Guardians, Appellants; WILLIAM ORKIN, Respondent.— Motion for stay granted. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.

■ In the Matter of HELEN ORKIN, Deceased. LEO INSEL et al., as Executors; JEANETTE SCHEIER et al., as General Guardians, Appellants; WILLIAM ORKIN, Respondent.— Motion to dispense with printing granted only insofar as to permit the appeal to be heard on typewritten appellants' points, the appellants to serve one copy of the appellants' points upon the attorney for the respondent and to file six copies thereof with this court. In all other respects the motion is denied. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.

■ In the Matter of HELEN ORKIN, Deceased. LEO INSEL et al., as Executors; JEANETTE SCHEIER et al., as General Guardians, Appellants; WILLIAM ORKIN, Respondent.— Motion to dismiss appeals granted, with $10 costs, unless the appellants file the undertakings required by section 298 of the Surrogate's Court Act within 10 days after service of a copy of the order entered herein with notice of entry thereof, and procures the record on appeal and appellants' points to be served and filed on or before March 31, 1959, with notice of argument for the May 1959 Term of this court, said appeals to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.

■ RAE BECKMANN v. SEMINOLE STUDIOS, INC.— Motion denied. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.

■ HELEN KOWACH v. CITY OF NEW YORK.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before April 28, 1959, with notice of argument for the June 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.